FILED
CLERK, U.S. DISTRICT COURT

JUL - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOAQUIN MARTIN,<br><br>    Petitioner,<br><br>        v.<br><br>D.L. RUNNELS, Warden,<br><br>    Respondent. | NO. EDCV 05-00839 VBF (SS)<br><br>**ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections.[1]  After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

\\\

---

[1] In the Objections, Petitioner alleged that he mailed a Traverse to the United States District Court, Central District of California on September 8, 2006. (Objections at 1, 8).  However, a Traverse was never filed with the Court.  Nonetheless, the Court allowed Petitioner to file a late Traverse.  Petitioner filed a late Traverse on April 15, 2008. The Traverse does not alter the Court's decision to adopt the findings and conclusions of the Magistrate Judge.

Accordingly, IT IS ORDERED THAT:

1. The Petition is DENIED and Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

Dated: July 2, 2008.

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE