JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUL - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOAQUIN MARTIN,<br><br>          Petitioner,<br><br>     v.<br><br>D.L. RUNNELS, Warden,<br><br>          Respondent. | CASE NO. EDCV 05-00839 VBF (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  July 2, 2008

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE